1 | P a g e

Kathryn Hernandez (TX SBN:. 24107854)
**Magan Law, PLLC**
62 Main Street, Suite 310
Colleyville, Texas 76034
Telephone: (817) 209-4298
E-mail: k.magan@maganlawpllc.com

COUNSEL FOR
S&F FUNDING, LLC and
CHANY DEVELOPMENT, INC.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| ANSON FINANCIAL, INC., | § § | CASE NO. 21-41517 |
| DEBTOR. | § § § | |
| JOSEPH YAMMINE, Individually and d/b/a JW CONSTRUCTION, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Adversary No. 22-04008-ELM |
| ANSON FINANCIAL, INC., S&F FUNDING, LLC and CHANY DEVELOPMENT, INC., Defendants. | § § § § § | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE EDWARD L. MORRIS, U.S. BANKRUPTCY JUDGE:**

COMES NOW, Kathryn Hernandez and files this Entry of Appearance for Defendants S&F Funding, LLC and Chany Development, Inc.

1 | P a g e

2 | P a g e

Dated: March 11, 2022

Respectfully submitted:

Magan Law, PLLC

By: /s *Kathryn Hernandez*
Kathryn Hernandez (TX SBN: 24107854)
62 Main St., Ste. 310
Colleyville, Texas 76034
Telephone: (817) 209-4298
Email: k.magan@maganlawpllc.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on March 11, 2022 by electronic notice to all ECF users who have appeared in this case to date.

*/s/ Kathryn Hernandez*
Kathryn Hernandez