Jeff Carruth (TX SBN:. 24001846)
WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
3030 Matlock Rd., Suite 201
Arlington, TX 76015
Telephone: (713) 341-1158
Fax: (866) 666-5322
E-mail:  jcarruth@wkpz.com

ATTORNEYS FOR
ANSON FINANCIAL INC.
DEBTOR AND DEBTOR IN POSSESSION

Kathryn Magan (TX SBN: 24107854)
Magan Law, PLLC
62 Main St., Ste. 310
Colleyville, Texas 76034
Telephone: (817) 209-4298
E-mail: k.magan@maganlawpllc.com

COUNSEL FOR S&F FUNDING, LLC and
CHANY DEVELOPMENT, INC.

Christopher M. Lee
State Bar No. 24041319
LEE LAW FIRM, PLLC
8701 Bedford Euless Rd, Ste 510
Hurst, TX 76053
469-646-8995 Phone
469-694-1059 Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **ANSON FINANCIAL, INC.,** | § | **CASE NO. 21-41517** |
| | § | |
| **DEBTOR.** | § | |
| | § | |
| **JOSEPH YAMMINE, Individually and** | § | |
| **d/b/a JW CONSTRUCTION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **Adversary No. 22-04008-ELM** |
| | § | |
| **ANSON FINANCIAL, INC.,** | § | |
| **S&F FUNDING, LLC and CHANY** | § | |
| **DEVELOPMENT, INC.,** | § | |
| **Defendants.** | § | |

## AMENDED NOTICE OF HEARING

Please take notice that a hearing has been set for **July 5, 2022 at 1:30 p.m.** (prevailing Central Time), before the Honorable Edward L. Morris at the Eldon B. Mahon U.S. Courthouse, 501 W. Tenth Street, Room 204, Fort Worth, Texas 76102 regarding the matters referenced and described below filed by the above-captioned Debtor.  The hearing will be in person and will also be conducted by the Webex video and audio facilities of the Court.

Webex information is available at the following link.

https://www.txnb.uscourts.gov/sites/txnb/files/hearings/WebEx%20Hearing%20Instructions%20for%20Judge%20Morris_1.pdf

| Filing Date | Docket Text |
|---|---|
| 03/14/2022 | <u>9</u> (19 pgs) Motion to dismiss adversary proceeding *Defendants' Motion to Dismiss Plaintiff's Original Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim* filed by Defendants Anson Financial, Inc., Chany Development, Inc., S & F Funding, LLC (Carruth, Jeffery) |

Dated: June 14, 2022

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
By:    */s/ Jeff Carruth*
    JEFF CARRUTH (TX SBN 24001846)
    3030 Matlock Rd., Suite 201
    Arlington, Texas 76105
    Telephone: (713) 341-1158
    Fax: (866) 666-5322
    E-mail:  jcarruth@wkpz.com

ATTORNEYS FOR ANSON FINANCIAL, INC.
DEBTOR AND DEBTOR IN POSSESSION

MAGAN LAW, PLLC

By:    */s/ Kathryn Hernandez**
    Kathryn Hernandez (TX SBN: 24107854)
    62 Main St., Ste. 310
    Colleyville, Texas 76034
    Telephone: (817) 209-4298
    Email: k.magan@maganlawpllc.com

ATTORNEYS FOR S&F FUNDINGS, LLC and
CHANY DEVELOPMENT, INC.

*\* Signature by permission by /s/ Jeff Carruth*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on June 14, 2022 (1) by electronic notice to all ECF users who have appeared in this adversary proceeding to date, and/or as set forth below, (2) ECF notice, direct email, and regular mail to Joyce Lindauer, (3) the address(es) for the Joseph Yammine listed in the proof of claim and as set forth below, by regular mail and return receipt requested, and (4) the address(es) on recent correspondence from Joseph Yammine to the undersigned, by regular mail and return receipt requested.

**Address from Proof of Claim**

*By CMRRR and regular mail*

Joseph I. Yammine
PO Box 11781
Fort Worth  TX  76110

**Current counsel pending withdrawal**

Joyce Lindauer Esq.
1412 Main St Suite 500
Dallas, Texas 75202

joyce@joycelindauer.com
dian@joycelindauer.com
deann@joycelindauer.com
12113@notices.nextchapterbk.com

**Address(es) from Recent Correspondence**

*By CMRRR and regular mail*

Joseph I. Yammine
1701 Grand Ave.
Fort Worth  TX  76164

contructionswest@gmail.com
contructionwest@gmail.com


            */s/ Jeff Carruth*
JEFF CARRUTH