


CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed September 12, 2022**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 21-41517-ELM |
| ANSON FINANCIAL, INC., | § | |
| | § | Chapter 11 (V) |
| Debtor. | § | |
| | § | |
| JOSEPH YAMMINE, Individually and | § | |
| d/b/a JW Construction, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Adversary No. 22-04008 |
| | § | |
| ANSON FINANCIAL, INC., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING MOTION FOR EXTENSION TO FILE SUPPLEMENTAL RESPONSE IN REF[ERENCE] TO MOTION TO DISMISS

On September 12, 2022, Plaintiff filed a *Motion for Extension to File Supplemental Response in Ref[erence] to Motion to Dismiss* [Docket No. 46] (the "**Motion**"). Having considered the Motion, for the same reasons as stated within the *Order Denying Motion for Continuance* [Docket No. 45], which is incorporated herein by reference, the Court finds that Plaintiff has failed to present sufficient cause to grant the relief requested. Therefore, it is hereby:

**ORDERED** that the Motion is DENIED.

### ### END OF ORDER ###

United States Bankruptcy Court

Northern District of Texas

Yammine,
    Plaintiff

Anson Financial, Inc.,
    Defendant

Adv. Proc. No. 22-04008-elm

## CERTIFICATE OF NOTICE

District/off: 0539-4     User: admin     Page 1 of 2
Date Rcvd: Sep 13, 2022     Form ID: pdf001     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Joseph Yammine, 1701 Grand Avenue, Fort Worth, TX 76164-8735 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Sep 13 2022 21:44:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Sep 13 2022 21:44:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeffery D. Carruth | on behalf of Defendant S & F Funding  LLC jcarruth@wkpz.com, jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com |

District/off: 0539-4 | User: admin | Page 2 of 2
Date Rcvd: Sep 13, 2022 | Form ID: pdf001 | Total Noticed: 3

| | |
|---|---|
| Jeffery D. Carruth | on behalf of Defendant Chany Development Inc. jcarruth@wkpz.com, jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com |
| Jeffery D. Carruth | on behalf of Defendant Anson Financial Inc. jcarruth@wkpz.com, jcarruth@aol.com;atty_carruth@trustesolutions.com;carruthjr87698@notify.bestcase.com |
| Kathryn Hernandez | on behalf of Defendant Anson Financial Inc. k.magan@maganlawpllc.com |
| Kathryn Hernandez | on behalf of Defendant Chany Development Inc. k.magan@maganlawpllc.com |
| Kathryn Hernandez | on behalf of Defendant S & F Funding LLC k.magan@maganlawpllc.com |

TOTAL: 6